UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
CASEY, THOMAS C                     §      Case No. 11-28349
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,
          Dupage County Courthouse
          505 N. County Farm Rd.
          Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/17/2012          By: 5_____
                                                      Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CASEY, THOMAS C § Case No. 11-28349
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,679.45 |
| and approved disbursements of | $ | 6,614.14 |
| leaving a balance on hand of[1] | $ | 8,065.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,217.95 | $ 0.00 | $ 2,217.95 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,258.30 | $ 4,258.30 | $ 0.00 |
| Other: Gina B. Krol | $ 2,129.20 | $ 2,129.20 | $ 0.00 |
| Other: Cohen & Krol | $ 226.64 | $ 226.64 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,217.95 |
| Remaining Balance | $ 5,847.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Case 11-28349    Doc 45    Filed 12/17/12    Entered 12/19/12 23:49:55    Desc Imaged
                    Certificate of Notice    Page 3 of 6

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,790.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 1,704.16 | $ 0.00 | $ 1,704.16 |
| 000002 | American Express Bank, FSB | $ 4,086.21 | $ 0.00 | $ 4,086.21 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,790.37 |
| | Remaining Balance | | $ | 56.99 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 16.37 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

             Prepared By: /s/GINA B. KROL
                        Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                     Case No. 11-28349-DRC
Thomas C Casey                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina              Page 1 of 2            Date Rcvd: Dec 17, 2012
                              Form ID: pdf006            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2012.
db           +Thomas C Casey,    22W365 First Street,    Glen Ellyn, IL 60137-3514
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
17617232      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18535786      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17522343     +X 0760,   Macys,    c/o Phillips & Cohen,    Mail Stop 846,    1004 Justison Street,
               Wilmington DE 19801-5148
17522344     +X 2005,   American Express,    Box 0001,    Los Angeles CA 90078-0001
17522341     +X 2236,   Cardmember Service,    PO Box 15153,    Wilmington DE 19886-5153
17522339     +X 2318,   Bank of America,    PO Box 851001,    Dallas TX 75285-1001
17522340     +X 2524,   Capital One Bank,    PO Box 6492,    Carol Stream IL 60197-6492
17522342     +X 6486,   Sears Credit Cards,    PO Box 183082,    Columbus OH 43218-3082
17522345     +X Sears Master Card,    PO Box 183082,    Columbus OH 43218-3082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18548124*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2012       Signature: *Joseph Speetjens*

```
District/off: 0752-1          User: nmolina               Page 2 of 2                   Date Rcvd: Dec 17, 2012
                              Form ID: pdf006             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2012 at the address(es) listed below:

```
              E. Philip  Groben    on behalf of Plaintiff Gina B. Krol pgroben@cohenandkrol.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com
              Edward J. Lesniak    on behalf of Interested Party Robert P Loquercio elesniak@burkelaw.com
              Edward J. Lesniak    on behalf of Defendant Robert  Loquerico elesniak@burkelaw.com
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol     on behalf of Trustee Gina B Krol kingkrol@aol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Joseph E Cohen     on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;gkrol@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul C Sheils    on behalf of Debtor Thomas C Casey attorney@paulsheils.com
                                                                                             TOTAL: 9
```